

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 1, 2021

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

March 31, 2021

<u>**VIA ECF**</u>

Hon. Andrew L. Carter, Jr.
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

**MEMO ENDORSED**

> **Re:** *Mercer v. 201 Tenant, LLC*,
> <u>**Civil Action No.: 1:21-cv-01984-ALC (S.D.N.Y.)**</u>

Dear Judge Carter:

This firm represents Defendant 201 Tenant, LLC ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Stacey Mercer ("Plaintiff"), to respectfully request a thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including May 5, 2021.

By way of background, Plaintiff commenced this action on or about March 8, 2021.  (ECF No. 1.)  We understand that Defendant was served with the Summons and Complaint on March 15, 2021, which makes Defendant's responsive pleading deadline April 5, 2021.  (ECF No. 5.)

This is Defendant's first request for an extension of the responsive pleading deadline.  Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 1, 2021

68995726v.1



Hon. Andrew L. Carter, Jr.
March 31, 2021
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc: All counsel of record (via ECF)

68995726v.1