

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

mberger@seyfarth.com
T (212) 218-3336

www.seyfarth.com

April 29, 2021

**VIA ECF**

Hon. Andrew L. Carter, Jr.
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

**Re:** *Mercer v. 201 Tenant, LLC*,
Civil Action No.: 1:21-cv-01984-ALC (S.D.N.Y.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 30, 2021

MEMO ENDORSED

Dear Judge Carter:

    This firm represents Defendant 201 Tenant, LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Stacey Mercer ("Plaintiff"), to respectfully request a second thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including June 4, 2021.

    By way of background, Plaintiff commenced this action on or about March 8, 2021. (ECF No. 1.) Defendant requested an extension of its time to respond to the Complaint, which was granted by the Court in its order dated April 1, 2021. (ECF Nos. 7, 8.) Accordingly, Defendant's responsive pleading deadline is currently May 5, 2021. (ECF No. 8.)

    This is Defendant's second request for an extension of the responsive pleading deadline. If granted, this extension will not interfere with any other scheduled dates. Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint, and to work with Plaintiff towards a potential non-litigated resolution of this matter. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

    We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 30, 2021