**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

mberger@seyfarth.com
T (212) 218-3336

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 3, 2021

June 2, 2021

**VIA ECF**

MEMO ENDORSED

Hon. Andrew L. Carter, Jr.
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

**Re:** *Mercer v. 201 Tenant, LLC*,
**Civil Action No.: 1:21-cv-01984-ALC (S.D.N.Y.)**

Dear Judge Carter:

This firm represents Defendant 201 Tenant, LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Stacey Mercer ("Plaintiff"), to respectfully request a fourteen (14) day extension of time for Defendant to respond to the Complaint, up to and including June 18, 2021.

By way of background, Plaintiff commenced this action on or about March 8, 2021. (ECF No. 1.) Defendant was granted an initial extension of its time to respond to the Complaint by an order of the Court dated April 1, 2021. (ECF Nos. 7, 8.) Defendant then requested a second extension of its time to respond to the Complaint, which was granted by the Court in its order dated April 30, 2021. (ECF Nos. 11, 12.) Accordingly, Defendant's responsive pleading deadline is currently June 4, 2021. (ECF No. 8.)

This is Defendant's third request for an extension of the responsive pleading deadline. Defendant is requesting this extension to provide it with additional time to work with Plaintiff towards a potential non-litigated resolution of this matter. We have communicated with counsel for the Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 3, 2021

Very truly yours,

SEYFARTH SHAW LLP

/s/ Meredith-Anne Berger

Meredith-Anne Berger

cc: All counsel of record (via ECF)